DAVID P. CUSICK, TRUSTEE
P O BOX 1858
SACRAMENTO, CA 95812-1858
(916) 856-8000

BRES

**FILED**

OCT 18 2019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                       )   Case No.: No. 19-22169-E-13C

GONZALEZ, ELENA PEREZ     )   UNCLAIMED FUNDS
             Debtor(s)     )

TO THE CLERK, U. S. BANKRUPTCY COURT:

    Please find submitted herewith check #833235 in the sum of $1,329.12 representing the total amount of unclaimed dividend(s) in the above-entitled estate. This sum is being paid over pursuant to 11 U. S. C. Section 347(a) and Bankruptcy Rule 3011. The name(s) and address(es) is (are) as follows:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Debtor Refund | | $1,329.12 |

TOTAL CHECK $1,329.12

Dated this 15th day of October, 2019.     BY: 
                                   TRUSTEE